138

Lois BENNETT, Gerald N. Burns, Jose Cordova, George Crockett, The Estate of Vincent Cyphers, Francis Denning, Norma Egeness, David Glassman, Louise Keller, Dave Kettel, John Rosales, Joann Taylor, Leslie Trowbridge, Maurice Bradley Ward, William Weltner, Kenneth Ayer and Robert Sloat, Petitioners,

v.

The BOARD OF TRUSTEES FOR the UNIVERSITY OF NORTHERN COLORADO, Betsy Karowski, Jose Truillo, Thomas Stokes, Beverly Biffle, Robert Sweeney, Arthur Ohanian, Gail Shoettler and Robert Dickeson, Respondents.

No. 89SC362.

Supreme Court of Colorado, En Banc.

Oct. 22, 1990.

Petition for Rehearing DENIED.

LOHR and VOLLACK, JJ., did not participate.

COLORADO ASSOCIATION OF PUBLIC EMPLOYEES; C.W. Peterson; Shelley Ostrem; Jerry D. Aragon; Dennis Deutsch; Joyce Schuler; Shirley D. Blackmon; Ruth C. Robben; Marianne I. Galensky; and Jennifer M. Frank, Plaintiffs–Appellants,

v.

The BOARD OF REGENTS OF the UNIVERSITY OF COLORADO, and each of its members in their official capacities, Kathleen Arnold; Richard Bernick; Robert Caldwell; Peter Dietze; Lynn Ellins; Harvey Phelps; Norwood Robb; Roy Shore; and David Winn, Defendants–Appellees.

No. 89SA476.

Supreme Court of Colorado, En Banc.

Dec. 24, 1990.

Rehearing Denied Jan. 28, 1991.

